W. H. HUGHES, Executor of W. T. STEPHENSON, v. S. P. BOONE.

<em>Dismissing Appeal—Rule 2, § 8.</em>

Judgment was rendered in the lower Court January 28th, 1888. Defendant appealed, but did not docket his appeal in this Court until February 15th, 1888, too late for argument at this term. On February 20th, 1888, appellee moved to dismiss the appeal under Rule 2, § 8. The motion was refused, because not made until after the appeal was docketed and the call of the district concluded, and no notice of the motion given appellant.

MOTION to dismiss appeal, heard by the Court at this Term.

The facts are stated in the opinion.

No counsel for the plaintiff.
*Mr. R. B. Peebles*, for the defendant.

MERRIMON, J. It appears that S. P. Boone obtained a judgment against W. H. Hughes, executor, &c., in the Supe-

rior Court of the County of Northampton, on the 28th day of January, 1888, from which the latter appealed to this Court; but he did not docket his appeal here until the 15th of February next thereafter, so that, in the order of the call of the docket, it could not stand for argument at the present term.

On the 20th of February the appellee moved to docket and dismiss the appeal, as allowed by Rule 2, § 8, suggesting that the appellant, on purpose, failed to bring up his appeal as promptly as he might and ought regularly to have done, the object being to delay the disposition of the appeal until the next term of the Court.

The motion cannot be allowed, because the appellant had docketed his appeal before the motion was made, *Barbee* v. *Green*, 91 N. C., 158. Moreover, the motion was not made until after the week of the term assigned to the argument of appeals from the district from which the appeal in question came, and there was no notice of the motion to the appellant or his counsel.

Motion denied.